Name: The Corporation Company, Inc

Address: 112 SW 7th Street, Suite 3C
Topeka, KS 66603

**FILED**
MAR 06 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Richey R Farmer JR, Plaintiff
(Full Name)

V.

CoreCivic Inc F/K/A Corrections Corporation of America, A foreign Corporation, Defendant(s)

CASE NO. 24-3033-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Richey Roy Farmer JR (Plaintiff), is a citizen of United States (State)

who presently resides at Leavenworth County Jail, 601 S 3rd, Leavenworth KS, 66048
(Mailing address or place of confinement.)

2) Defendant CoreCivic. Inc., F/K/A Corrections Corporation of America (Name of first defendant) is a citizen of Leavenworth KS and Topeka KS (City, State), and is employed as CoreCivic Inc F/K/A Corrections Corporation of america (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

~~Be Correctional and the inmate??~~
They were Correctional officers.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                1

3) Defendant __Sam Rogers__ is a citizen of
(Name of second defendant)
__Corecivic-leavenworth Detention Centr, 100 highway Terrace, Leavenworth KS 66048__, and is employed as
(City, state)
__Warden of Corecivic leavenworth detention Centr__, At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

__I Dont Know what this means__
__yes he is the warden of CCA__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__No. I Dont know what this means__

B. NATURE OF THE CASE

1) Briefly state the background of your case:

__See attached paper explaining the whole situation! Not enough Room Right here so I wrote it on seperate peice of paper and attached it Right behind this page.7 Preliminary hearing Transcript of Noah Herdin attached to this form, I put stars next to where he admitted to Scott wilson walking up and threating my life__

2

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

Defendant - Noah hardin correctional officer (Addition Defendants)

Kenneth Bourge - captain officer

matthew Niecko

# Nature of the Case

On July 28 2021 I Richey Farmer had a Sezure in the Dayroom of C-pod while I was Sezuring out Inmate Scott wilson got mad and packed up all my belonging in my cell and when c/o came to get/help me he throw it all by the door and told correctional officer Noah hardin that he better not bring me back to c-pod around him or he was going to hurt me. So 4 days later with Noah Herdin Knowing this he came to RHU which is the hole and got me and put me right back into c-pod where scott wilson is living knowing scott wilson is Aryan Brotherhood and they do not play around and is the most viloet group in the prison system. when I got in the unit c-pod I gave inmate scott wilson a kite/note from higher ranking Aryan Brotherhood telling scott wilson to leave me alone. scott wilson read the Note/Kite and told me he don't care what they say I got enough time to get some food and hygen and then check out or he's going to steb me. So I go get food and hygen and then I go press the call/help button to get the Correctional officer attention to come get me out of this dangerous situation. the officers don't never answer the call button. Inmate scott wilson gets mad about this cause he wants me gone out of his sight so he starts telling these white boys next to him that fuck it he just about to steb me. Now I start to panick cause I've been stabed by Aryan Brotherhood member before in this same unit and it was one of Scott wilson good friends who stebbed me last. so knowing my life is in danger I pick up a food tray and hit Mr. wilson in the head, he fell down and I kick him a few times, once I

know he's out I search him and take a knife off of his person. Then I walk to the front of the unit and lay down for the correctional officers, they come in and finally get me. Mr. Wilson goes to KU hospital and dies 2 days later. Now I'm charged with first degree murder facing 50 years in prison all because the Warden Rogers and correctional officer Noah Hardin knew about the risk to my safety from another prison but ignored it and put me in a situation where I had to attack and defend myself in a life or death situation.

This charge happened Aug 2 2021, They never brought me to court on it intill Aprial 28 2023 that means Im past the two year statute limitation But I never knew Scott Wilson told the c/o that he was going to hurt me and I didn't know they throw me back in there knowing this. I didn't knowing any of this intill my preliminary hearing that was held on August 18th 2023 and correctional officer Noah Hardin got up on stand and admitted under oath in front of us all that Scott Wilson walked up to him and told him if you bring Richey Farmer back around me I will hurt him and 4 days later Noah Hardin came got me and put me in c-pod with Scott Wilson. So due to newly discovered evidence I would like my case to not be barred by the two year statute limitation.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __Eighth Amendment deliberate Indifference claim__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):
__See attached paper labeled "Cause of Action" It explains everything__

B) (1) Count II: __Failure to protect claim__

(2) Supporting Facts: __See Back of Attached paper labeled Cause of Action and look at Noah Herdin transcript from my preliminary hearing admitting of Ignoring a serious threat against my life__

# Cause of Action

A Count 1: Eighth Amendment deliberate Indifference Cl[aim]

Supporting fact - First I must show what a prison official was thinking or new at the time of the Assualt Attacted to this form is my preliminary hearing transcript of Noah Hardin the prison official under oath telling the Courts that Inmate Scott Wilson walked up to him 4 days befor the Incident and told officer Noah Hardin that if they bring mr. Farmer "which is me" back into C-pod around him "which is mr. Wilson" that he would hurt me. 4 days later the same officer Noah Harding came got me out of RHU which is the hole and took me right back to C-pod right back around Scott Wilson.

Seond part to prove my Eighth Amendment deliberate indifference claim: I must also show how a prison offical actions caused me to be in "substanal Risk of Serious harm of being attacked by another prisoner"

Again the preliminary hearing transcript of Noah Hardin covers this part to by him admitting to scott wilson coming up to him and telling him he was going to hurt me then put me back around him.

# Cause of action

Count II: Failure to Protect Claim

Supporting Facts: I must prove that prison officials are Ingoring unsafe Conditions or a serious threat against you: Even if you have not yet been assaulted

My preliminary hearing Transcript of Noah Herdin the prison officals under oath will show you that prison offical Noah Herdin ingored unsafe Conditions and Inorged a serious threat against me.

Noah Herdin admitted under oath that Inmate Scott Wilson walked up to him and told him that if you bring Mr Ferrer "which is me" back around me I will hurt him. Now officer Noah Herdin and warden Rogers know that Scott Wilson is gang Affilavated he is "Aryan Brotherhood" and they are a violet group that Does not play games they Come got me out of RHU which is the hole and put me back into C-pod where Scott Wilson is living. Scott wilson threstens to stab me I try to press the help button so Correctional officer can come get me out of there but they never answered the help button. Scott wilson get mad and threstin me again I aint got no choice but to attack cause no help is coming.

C) (1) Count III: __Negligence__

(2) Supporting Facts: __See attached paper Cause of action__

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) __But scott wilson family filed a law suit and won 1.3 million Dollars for Negligence here is the Info for it__

a) Parties to previous lawsuit:

Plaintiffs: __Wendi Anaya-Wilson__

Defendants: __CoreCivic, Inc F/K/A Correctionals Corporation of america et,Al__

b) Name of court and docket number __Case No 2021-CU-0248 Divison 4 K.S.A Chapter 60__

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __the family won 1.3 million__

d) Issues raised __Dont know__

e) Approximate date of filing lawsuit ___Dont know___

f) Approximate date of disposition ___Dont know___

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☑. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

   No Informal or formal relief from the administrative officals/r sought cause Newly discovered @ evidence was learned of during preliminary hearing after they incident causing plaintiff damages

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

   monetary damages in excess of $75,000

_____          ___Richey Ray Farmer JR___
Signature of Attorney (if any)                Signature of Plaintiff

(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

## Protection from Assault under the eighth Amendment

This section is about the rights of convicted state and federal prisoners to be free from assault under the eighth amendment, which prohibits "cruel and unusual punishment." Under the eighth amendment, prison officials cannot use excessive physical force against you "or purposely let someone else hurt you"

There are two parts of the 8th Amendment claim and you must prove both of them in order to show that an assault against you violated the 8th amendment. First you must show what the prison official was thinking or knew at the time of the assault (this is the subjective part, explained in part B(2)(A). You must also show Injuries (if any) you received from an assault by prison official, or show how a prison officials actions caused you to be in "substantial risk of serious harm" of being attacked by another prisoner (this is the "objective" part) explained in part (B)(2)(6)

To Summarize, to show that an assault against you violated the 8th amendment, you must prove that the force used against you had two parts

1) A subjective part - prison officials must have acted with a state of mind that is guilty enough and 2) And objective part - you must have been Injured or you must have had a big risk of serious Injury — subjective part courts use factors to look at wether the prison officals knew about the danger to you but did not stop or act to prevent the assault

Assault By another Prisoner - the Farmer Standard

If you are suing a prison official who did not stop or act to prevent another prisoner from attacking you, the court will use the "deliberate Indifference standard from Farmer vs Brennan. Prison officials may be found liable under the deliberate Indifference standard if they 1. Knew of a big risk of serious harm to the prisoner and 2. Ignored the risk and did not act or do enough to avoid the harm."

This type of law suits are also known as "failure-to-protect" claims. You can go to court to claim prison officials are Ingoring unsafe conditions or a serious threat against you even if you have not yet been assaulted

In Farmer vs Brennan, the US supreme court held that prison staff showed deliberate Indiference when they did not do anything, even though they knew about the risk a big risk to a prisoners safety - To prove
1 there was a big risk to your safety and
2 the prison official knew of this risk to your safty
3 In addition to proving both of the above, you must also prove one of the following
 1 the prison official did not try to prevent the assualt or
 2 the prison official did nothing to stop the assualt or
 3 the prison official tried to prevent or stop the assualt but they did not try as hard as they should have (in other words their attempts to prevent the assualt were not reasobly enough

Proving a Substantial Risk to your safty

1 you must first show that there was or is a big (substantall) risk of serious harm to your safty from another prisoner to satisfy the objective part of the Farmer test (see part 2 (B)(ii) below

2 proving the prison official knew about the risk
you must also provide evidence that the official knew of the big risk to your safety you do not have to prove that the official definitly knew you were going to be attacked you only have to show that the official knew there was a big chance that you could get hurt. you do not have to show that the official knew you were personaly at risk or that the risk came from a particular prisoner

• For an eighth Amendment deliberate Indifference claim
It is not enough to claim prison officials should have known about the big risk to your safty (although in that case you still may be able to make a state law negligence tort claim as described in part (B)(i)(a)(I). Eighth amendment deliberate indifference claims require the prison official to have actulley know about the big risk to your safety
You can show that the official actually knew about this big risk by showing both direct

A/W Mackey
W Rogers
Managing Director Thomas
A/W Roemmich

LEGAL MAIL

FARMER, RICHIE

LEGAL MAIL